IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL MENDEZ, an individual, and JOYCE MENDEZ, his wife, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action 04-258J<br>) |
| UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISON, FEDERAL CORRECTIONS INSTITUTE-LORETTO, DANIEL LEONARD, SCOTT DECKER, SCOTT MIDDLEKAUF, JEFFREY TRIMBATH, MICHAEL CONDOR, JR., THE ALTOONA HOSPITAL, THOMAS GORE, ELIAS MOUNIF RIFKAH, ARTHUR DE MARSICO, HANY SHANOUDY | ) Judge Kim R. Gibson/<br>) Mag. Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) Re: Docs. #32, 34, 36, 38,<br>)           43 & 57 |

AND NOW, this 26th day of September 2005, after the plaintiffs, Russell Mendez and Joyce Mendez, filed an action in the above-captioned case, and after Motions to Dismiss were submitted by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Federal Defendants' Partial Motion to Dismiss/for Summary Judgment is treated as a Motion to Dismiss and is granted, and the following defendants are dismissed from this action: the Bureau of Prisons, FCI-Loretto, Daniel Leonard, Scott Decker, Scott Middlekauf, Jeffrey Trimbath and Michael Condor, Jr.

IT IS FURTHER ORDERED that all FTCA claims are dismissed against all defendants except the United States, and the FTCA claim for failure to provide medical care during transport between facilities is dismissed as against the United States;

IT IS FURTHER ORDERED that Defendant Shanoudy's Supplemental Motion to Dismiss is granted in part and denied in part. It is granted as to any FTCA claim against him and as to any claim for attorney fees, but it is denied as to the state law claims of negligence and loss of consortium;

IT IS FURTHER ORDERED that Defendant DeMarsico's Motion to Dismiss is granted and all FTCA claims and attorney fees claims against him are dismissed;

IT IS FURTHER ORDERED that Defendant Altoona Hospital's and Thomas Gore's Joint Motion to Dismiss is granted and all FTCA claims and attorney fees claims against them are dismissed;

IT IS FURTHER ORDERED that Defendant Rifkah's Supplemental Motion to Dismiss is granted in part and denied in part. It is granted as to all FTCA claims and attorney fees claims, but denied as to any state law claims of negligence and loss of consortium;

IT IS FURTHER ORDERED that Defendant Rifkah's motion to dismiss is dismissed as moot.

                                                          KIM R. GIBSON
                                                          United States District Judge

cc:    Honorable Amy Reynolds Hay
        United States Magistrate Judge

Philip A. Ignelzi, Esquire
Amy J. Acheson, Esquire
Ogg, Cordes, Murphy & Ignelzi
245 Fort Pitt Boulevard
Fourth Floor
Pittsburgh, PA 15222

Heather A. Harrington, Esquire
Frank J. Hartye, Esquire
Pfaff, McIntyre, Dugas & Hartye
P.O. Box 533
Holidaysburg, PA 16648

Daniel P. Carroll
Todd W. Elliott
Davies, McFarland & Carroll
One Gateway Center, 10th Floor
Pittsburgh, PA 15222

Thomas A. Matis, Esquire
Gaca, Matis, Baum & Rizza
4 Gateway Center, Suite 300
Pittsburgh, PA 15222

Walter F. Wall, Esquire
Meyer, Darragh, Buckler, Bebenek & Eck
120 Lakemont Park Boulevard
Altoona, PA 16602

Christy C. Wiegand
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219